

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2024

No. 04-24-00306-CR

**IN RE** Christopher-Jarvis **PAYNE**, Relator

Original Proceeding[1]

**ORDER**

On May 2, 2024, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 12, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause Nos. 2021CR3349 and 2022CR6932, styled *State of Texas v. Christopher-Jarvis Payne*, pending in the Criminal District Court, Magistrate Court, Bexar County, Texas, the Honorable Andrew Carruthers presiding.